IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MPG ENDEAVORS LLC

    Petitioner,

v.

TYGRIS MEDICAL LLC

    Respondent.

**VERIFIED MOTION TO CONFIRM ARBITRATION AWARD**

Petitioner MPG Endeavors LLC ("MPG" or "Petitioner"), by and through its counsel, Timmins LLC, hereby files this Verified Motion to Confirm Arbitration Award and, in support of the same, states as follows:

**NATURE OF APPLICATION**

1.    Pursuant to Federal Arbitration Act, 9 U.S.C. § 9 ("FAA"), MPG requests that this Court confirm an arbitration award and enter judgment in conformity therewith against the Respondent, Tygris Medical LLC ("Tygris").

**PARTIES, JURISDICTION, AND VENUE**

2.    MPG is a limited liability company organized under the laws of New York, with a principal place of business in Elma, New York.  MPG is a single-member entity and its only member, Mary Pat Gallivan is and at relevant times has been a resident of Erie County, New York.

3.    Upon information and belief, Tygris is a limited liability company organized under the laws of Colorado with a principal place of business located at 10585 Pearlwood Circle,

Highlands Ranch, Colorado 80126. Upon information and belief Tygris is owned by two members, one who at all relevant times has been an Illinois resident and the other who at all relevant times has been a Colorado resident.

4. The underlying arbitration was conducted in Denver, Colorado.

5. This court has jurisdiction over these proceedings pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the parties.  An application to this Court to confirm an arbitration award may be made pursuant to 9 U.S.C. §9 as no court was specified in the parties' agreement giving rise to arbitration.

6. Venue is proper in this district pursuant to 9 U.S.C. §9 and 28 U.S.C. § 1391(b)(2) as this is the judicial district wherein the underlying arbitration occurred.

## BACKGROUND, ARBITRATION, AND AWARD

7. MPG and Tygris entered into an Independent Agents Agreement (the "IAA") on April 15, 2020.  Tygris had been in the business of distributing and selling medical products and supplies, particularly personal protective equipment ("PPE").  Pursuant to the IAA, MPG began selling Tygris's products and supplies to its network of customers, the largest of which is Erie County, New York in exchange for an agreed upon commission equal to fifty percent of any profit earned from such sales.  A copy of the IAA is attached hereto as **Exhibit 1.**

8. The IAA included a mandatory arbitration provision and a governing law provision stating that any dispute would be governed by Colorado law.  *Id.*

9. After Tygris failed to pay MPG's earned commissions, MPG filed a statement of claim with the American Arbitration Association on May 26, 2021.

10. On September 10, 2021, the arbitrator entered an arbitration award (the "Award")

in favor of MPG and against Tygris for $1,191,001.00, which comprised of (a) $1,167,401 in compensatory damages (unpaid commissions); and (b) $23,600.00, representing the portion of administrative fees of the AAA in excess of the apportioned costs previously incurred by MPG. A copy of the Award is attached hereto as **Exhibit 2.**

11. All parties were served the Award on September 10, 2021.

12. The Award was obtained pursuant to the agreement of the parties, the rules of AAA, and the governing law.

13. To date, Tygris has failed to pay the amount due under the Award.

14. MPG has complied with the requirements of the FAA in submitted this Application.

### RELIEF REQUESTED

15. Pursuant to 9 U.S.C. § 9, a party may petition this Court for an order confirming the Award.

16. The Court must grant such an order unless the award is vacated, modified, or corrected. 9 U.S.C. §9.

17. Notice of motions to vacate, modify, or correct an award must be served within three months after the award is filed or delivered. 9 U.S.C. §12

18. Tygris has not filed a motion to vacate, modify or correct the award as of the date of this filing.

19. This Court must therefore confirm the Award.

Dated this 23rd day of September 2021.

                                            */s/ Alan Schindler*  
                                            Alan Schindler, #49270  
                                            **TIMMINS LLC**  
                                            450 East 17th Ave., Suite 210  
                                            Denver, CO 80203  
                                            Phone:      303-592-4508  
                                            Email:       as@timminslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2021, I electronically filed the foregoing with the Clerk of Court using the NextGen CM/ECF system which will send notification of such filing to the following e-mail addresses and also served by US Mail upon:

Julianne Kennedy  
10488 Bluffmont Dr.  
Lone Tree, CO  80124

Tygris Medical LLC  
c/o Julianne Kennedy  
10585 Pearlwood Circle  
Highlands Ranch, CO  80126

                                            *s/ Noelle Collins*  
                                            Sr. Paralegal for TIMMINS LLC

# VERIFICATION

STATE OF NEW YORK    )
                     )
COUNTY OF _____ )

     I, Mary Pat Gallivan, on behalf of Petitioner MPG Endeavors LLC state under oath that all statements set forth in the above petition are within my personal knowledge or based upon documents within my possession, and are true and correct.

_____
Mary Pat Gallivan
Title:

     SUBSCRIBED AND SWORN TO before me by Mary Pat Gallivan on this ___ day of September 2021.

_____
Notary Public

My Commission Expires: _____